GALLAGHER KANE AMAI & REYES
Attorneys at Law, A Law Corporation

LEAH M. REYES                          7463-0
MICHELLE H. TAKAHASHI   10816-0
Topa Financial Center
745 Fort Street, Suite 1550
Honolulu, Hawaii 96813
Telephone:  (808) 531-2023
Facsimile:   (808) 531-2408
Email:                 lreyes@insurlawhawaii.com
Email:                 mtakahashi@insurlawhawaii.com

Attorneys for Defendant
HILTON MANAGEMENT LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| MICHAEL L. PORTER, | CIVIL NO. 1:21-cv-00246-RT |
| Plaintiff, | STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES AND ORDER |
| v. | |
| HILTON MANAGEMENT LLC, a Foreign Limited Liability Company (LLC); JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; ROE "NON-PROFIT" CORPORATIONS 1-10; and ROE GOVERNMENTAL ENTITIES 1-10, | Trial:  June 6, 2023<br>Judge:  Honorable Rom A. Trader |
| Defendant. | |

|  |  |
|---|---|
| HILTON MANAGEMENT LLC, | ) |
|  | ) |
| Third-Party Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| HAWAII CARE AND CLEANING, INC., | ) |
|  | ) |
| Third-Party Defendant. | ) |
| _____ | ) |

### STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES

IT IS HEREBY STIPULATED, by and between Plaintiff MICHAEL L. PORTER ("Plaintiff") and Defendant/Third-Party Plaintiff HILTON MANAGEMENT LLC, ("Defendant/Third-Party Plaintiff") by and through their respective undersigned counsel, that pursuant to Rules 41(a)(1)(A)(i), 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil Procedure and Rule 41.1 of the Local Rules of Practice for the United States District Court for the District of Hawaii, that all claims by and between Plaintiff, Defendant/Third-Party Plaintiff and Third-Party Defendant HAWAII CARE AND CLEANING, INC., ("Third-Party Defendant") asserted in Plaintiff's First Amended Complaint filed on May 5, 2021 in the Circuit Court of the First Circuit Court, State of Hawaii, Civil No. 1CCV-21-0000525 and removed to this Court on May 25, 2021 and Defendant/Third-Party Plaintiff's Third-Party Complaint against Third-Party Defendant filed on February

2

18, 2022, are hereby dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

Third-Party Defendant has not made an appearance in this action by way of an answer to the Third-Party Complaint or motion for summary judgment.

All parties who have appeared in this action have signed this Stipulation.

There are no remaining parties, claims, or issues.

The non-jury trial scheduled for June 6, 2023 has been vacated.

DATED: Honolulu, Hawaii, January 3, 2023.

/s/ Harvey M. Demetrakopoulos
HARVEY M. DEMETRAKOPOULOS
ROY K.S. CHANG

Attorneys for Plaintiff
MICHAEL L. PORTER

/s/ Leah M. Reyes
LEAH M. REYES
MICHELLE H. TAKAHASHI

Attorneys for Defendant
HILTON MANAGEMENT, LLC

//

//

//

APPROVED AS TO FORM:

DATED: Honolulu, Hawaii, January 3, 2023.



Rom A. Trader
United States Magistrate Judge

---

*Michael L. Porter v. Hilton Management LLC*; Civil No. 1:21-cv-00246-RT; In the United States District Court, District of Hawaii; STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES AND ORDER